## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KAMARA CRAWFORD,

    Plaintiff,

v.                                          CASE NO: 8:08-cv-927-T-26MSS

THE CITY OF TAMPA, et al.,

    Defendants.
_____/

## **O R D E R**

Plaintiff, proceeding *pro se*, has filed a repleaded complaint as directed by this Court in the order entered May 20, 2008, at docket 5. Defendants have again moved to dismiss, contending primarily that Plaintiff's repleaded complaint, like the original complaint, constitutes a "shotgun" pleading. Because Defendants are correct, the Court needs no response from Plaintiff. She will be directed to once again replead her complaint.

As this Court advised Plaintiff in its earlier order, even though she is proceeding *pro se*, she still must comply with the pleading requirements of Rules 8(a)(2) and 10 of the Federal Rules of Civil Procedure. See Washington v. Bauer, 149 Fed.Appx. 867, 869-70 (11th Cir. 2005). Plaintiff's repleaded complaint wholly fails to comply with these requirements because it is the quintessential "shotgun" pleading that has been condemned on numerous occasions by the Eleventh Circuit Court of Appeals. See Davis v. Coca-Cola Bottling Co., 516 F.3d 955, 979 n.54 (11th Cir. 2008) (collecting cases).[1]  As pointed out by Defendants, Plaintiff's repleaded

---

[1] The Davis Court, speaking through Judge Tjoflat, also engaged in a thorough and extensive discussion of the havoc that such pleadings wreak on the judicial system, litigants, and the public at large. 516 F.3d at 979-984.

complaint is similar in nature to the complaint found to be inadequate in Magluta v. Samples, 256 F.3d 1282, 1284 (11th Cir. 2001). Under these circumstances, the Court will once again exercise its inherent authority to require Plaintiff to file a pleaded complaint *sua sponte*. Id. at 1284 n.3 (noting that district courts confronted by shotgun complaints have the inherent authority to demand repleader *sua sponte*).

Accordingly, it is ordered and adjudged as follows:

1) Defendants' Motion to Dismiss (Dkt. 16) is denied as moot.

2) Plaintiff is directed to file a repleaded complaint which conforms to the pleading requirements of Rules 8(a)(2) and 10 of the Federal Rules of Civil Procedure, as well as Eleventh Circuit precedent, on or before July 29, 2008. Plaintiff is put on notice that her failure to file a repleaded complaint which conforms to the requirements of these rules and Eleventh Circuit precedent will result in a dismissal of this case.

3) Defendants shall file a response within ten (10) days of service.

**DONE AND ORDERED** at Tampa, Florida, on July 15, 2008.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, pro se