**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KAMARA CRAWFORD,

    Plaintiff,

v.                                                                      CASE NO: 8:08-cv-927-T-26MSS

THE CITY OF TAMPA, et al.,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Reconsideration (Dkt. 31) is denied. As stated in the Court's order of September 12, 2008, found at docket 29, "Plaintiff shall file a Third Amended Complaint *consistent* with this order within 15 days." (Emphasis added). Plaintiff is reminded of her obligation to file a case management report or suffer dismissal without prejudice for lack of prosecution.

**DONE AND ORDERED** at Tampa, Florida, on September 25, 2008.

                                                 s/*Richard A. Lazzara*
                                                 **RICHARD A. LAZZARA
                                                 UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, pro se