UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN CRAWFORD and OLIVER
CRAWFORD, SR.,

    Plaintiffs,

v.                                          CASE NO: 8:08-cv-927-T-26TBM

CITY OF TAMPA, et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, together with the *pro se* Plaintiffs' submission, it is ordered and adjudged that the Motion to Limit Defendants' Argument on Second Motion for Summary Judgment to "Newly Discovered' Evidence; And Motion to File a New Case Management Report" (Dkt. 103) are denied.  What Plaintiffs do not realize is that the Eleventh Circuit reversed this Court's order dismissing her FMLA claim for failure to state a claim for relief pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure.  Consequently, because the Court has never considered this claim within the context of a motion for summary judgment, the Court will not place a limitation on the evidence Defendant may present in connection with such a motion.

**DONE AND ORDERED** at Tampa, Florida, on February 11, 2011.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record and Plaintiffs, *pro se*